UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL ESTRELLA,<br>    #1951052 )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF NEVADA, )<br>)<br>        Defendant. )<br>_____ / | 2:08-cv-01182-JCM-LRL<br><br>**ORDER** |

On May 21, 2009, the court dismissed this action without prejudice (docket #7) and judgment was entered by the clerk on May 22, 2009 (docket #8).

On October 7, 2010, plaintiff filed three motions and submitted two letters. However, this action was closed almost eighteen months ago, and such motions are denied. If plaintiff wishes to pursue a civil rights action he must file a new action by submitting a new civil rights complaint with an application to proceed *in forma pauperis* or the filing fee.

**IT IS THEREFORE ORDERED** that the following motions: motion to compel production of medical records (docket #9); motion to compel production of records (docket #10); and motion to extend time to file amended complaint (docket #12) are **DENIED**.

**IT IS FURTHER ORDERED** that the two "letters" filed by plaintiff (docket #11 and

1  #14) are **STRICKEN**.

2  **IT IS FURTHER ORDERED** that plaintiff shall file no more documents in this closed

3  case.  Any such documents shall be returned, unfiled, to plaintiff.

4

5

6  DATED this 9th day of November, 2010.

7

8  _____
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26